IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALTON BUCK                                                      PLAINTIFF

v.                       No. 4:17-cv-856-DPM

MT. CARMEL COMMUNITY
AT THE VILLAGE, LLC                                            DEFENDANT

## JUDGMENT

Buck's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

27 February 2019